In the Matter of the Application of H. KOEHLER & COM-
PANY, Appellant, for a Peremptory Writ of Mandamus
against MAYNARD N. CLEMENT, as Commissioner of Excise
of the State of New York, Respondent.

*Matter of Koehler & Co.* v. *Clement,* 125 App. Div. 886, reversed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
22, 1908, which affirmed an order of Special Term denying
an application for a peremptory writ of mandamus to com-
pel the defendant to issue an order for the payment of a
rebate on a surrendered liquor tax certificate.

*Charles Goldzier* for appellant.

*Herbert H. Kellogg* for respondent.

Order reversed, and motion for peremptory writ of man-
damus granted on the authority of *People* v. *Fabian* (192
N. Y. 443), with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, HISCOCK and CHASE, JJ.